No. 16. Ex parte Clementina Lugo, Peticionaria.—Petición para que se cancele la fianza notarial hipotecaria otorgada por la peticionaria. Resuelto en agosto 27, 1913, por

medio de resolución del Sr. Presidente sin la intervención de los demás jueces, de acuerdo con la ley. Denegada la cancelación de dicha fianza.